# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY C. CLARK | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: C06-5208RJB/KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court adopts the Report and Recommendation. This matter is REVERSED and remanded to the Commissioner for further administrative proceedings.

| | |
|---|---|
| March 30, 2007 | BRUCE RIFKIN<br>Clerk |
| | /s/Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |